## MONTGOMERY et al. v. STATE.
### No. 16844.

Court of Criminal Appeals of Texas.
June 20, 1934.

C. Y. Welch, of Quanah, for appellants.

908

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Appellants were jointly indicted for the theft of various items of personal property aggregating more than $50 in value. They were convicted of misdemeanor theft, and punishment of each assessed at one year's imprisonment in the county jail and a fine of $100.

The record is before this court without statement of facts or bills of exception, in which condition nothing is presented for review.

The judgment is affirmed.

lant was in possession of a package of butter which was identified by Taylor as belonging to him. According to Taylor's testimony, the location of the butter was such that the appellant could have obtained possession of it only by entering the closed part of Taylor's house.

Appellant offered no testimony. His identity is not open to question. The evidence adduced is deemed sufficient to meet the demands of the law.

There are no bills of exception or questions of law involved.

In view of the record, the verdict of the jury, and the judgment entered and approved by the learned trial judge, this court is without authority to annul the judgment. An affirmance is therefore ordered.

## TANNER v. STATE.
### No. 16881.

Court of Criminal Appeals of Texas.
June 20, 1934.

E. H. Smartt, of Austin, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Burglary is the offense; penalty assessed at confinement in the penitentiary for two years.

The indictment is regular and properly presented. It is charged that the burglary was committed by entering the house of I. N. Taylor.

From Taylor's testimony it appears that he observed the appellant in an unfinished room attached to the house of the witness. Appel-

## BOLTON v. STATE.
### No. 16770.

Court of Criminal Appeals of Texas.
May 30, 1934.

Rehearing Denied June 27, 1934.

Sanders & McLeroy, of Center, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for assault to murder; punishment, two years in the penitentiary.

Appellant was found guilty of assault to murder without malice, and his punishment assessed at two years, as above stated. We find in the record no bills of exception. The facts show that appellant and other parties were sitting around on a floor engaged in a